UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696

By: Eric J Clayman, Esquire

Order Filed on March 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frank Kuka
 debtor(s)

Case Number: 19-14593

Hearing Date: 

Judge: KCF

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to _____April 3, 2019_____.

☐   Denied.

*rev.8/1/15*