Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−14593−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Kuka
   69 Bonnie Drive
   Englishtown, NJ 07726

Social Security No.:
   xxx−xx−1165

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        5/22/19
Time:       10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 28, 2019
JAN: wdr

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-14593-KCF
Frank Kuka                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: Mar 28, 2019
                                Form ID: 132             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db          +Frank Kuka,    69 Bonnie Drive,    Englishtown, NJ 07726-1858
518067141   +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
518067142    Capital One Bank USA,    10700 Capital One Drive,    Richmond, VA 23060
518067143   +Catherine Neumann,    c/o Queens County Probation Department,    12501 Queens Blvd # 3,
              Kew Gardens, NY 11415-1514
518067145   +Lending Club Corporation,    21 Stevenson St.,    Ste 300,    San Francisco, CA 94105-2706
518067146   +Lending USA,    PO Box 503430,    San Diego, CA 92150-3430
518067147   +Rushmore,    c/o Parker McCay, PA,    9000 Midatlantic Drive,    Suite 300,
              Mount Laurel, NJ 08054-1539
518067148   +Rushmore Loan Services,    c/o Rob Saltzman, Esq.,    20000 Horizon Way #900,
              Mt. Laurel, NJ 08054-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:39      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518067140   +E-mail/Text: bk@avant.com Mar 29 2019 00:21:21      Avant,    222 N. Lasalle St.,    Suite 1700,
              Chicago, IL 60601-1101
518067144   +E-mail/PDF: creditonebknotifications@resurgent.com Mar 29 2019 00:22:24      Credit One Bank,
              PO Box 98872,    Las Vegas, NV 89193-8872
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Eric Clayman    on behalf of Debtor Frank Kuka jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4