UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696

By: Eric J Clayman, Esquire

In Re:

Frank Kuka
 debtor(s)

**Order Filed on March 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 19-14593

Hearing Date: _____

Judge: KCF

Chapter: 13

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to _____April 3, 2019_____.

☐    Denied.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                           Case No. 19-14593-KCF
Frank Kuka                                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Mar 28, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db             +Frank Kuka,    69 Bonnie Drive,    Englishtown, NJ 07726-1858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Eric Clayman    on behalf of Debtor Frank  Kuka jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4