| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-14593 / MBK**

Frank Kuka

Petition Filed Date: 03/06/2019
341 Hearing Date: 04/11/2019
Confirmation Date: 08/28/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2019 | $175.00 | 17897299367 | 05/07/2019 | $500.00 | 17897299368 | 05/29/2019 | $500.00 | 17897299423 |
| 05/29/2019 | $175.00 | 17897299424 | 07/23/2019 | $500.00 | 17897299588 | 07/23/2019 | $175.00 | 17897299589 |

**Total Receipts for the Period:  $2,025.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frank Kuka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric Clayman<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $1,900.12 | $2,849.88 |
| 1 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AVANT/WEBBANK | Unsecured Creditors | $6,307.46 | $0.00 | $6,307.46 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  FIRST ASSOCIATES | Unsecured Creditors | $15,065.46 | $0.00 | $15,065.46 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/AADVANTAGE AVIATOR RED | Unsecured Creditors | $4,906.82 | $0.00 | $4,906.82 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $2,104.88 | $0.00 | $2,104.88 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE | Unsecured Creditors | $1,955.42 | $0.00 | $1,955.42 |
| 6 | LVNV FUNDING LLC<br>»»  WEBSTER BANK | Unsecured Creditors | $408.72 | $0.00 | $408.72 |
| 7 | US BANK TRUST NATIONAL ASSOC.<br>»»  P/69 BONNIE DR/1ST MTG/ORDER 6/3/19/MTGLQ | Mortgage Arrears<br>Hold Funds: Pending Loan Mod. | $136,799.96 | $0.00 | $136,799.96 |
| 8 | KATHERINE NEUMANN | Support Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14593 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,025.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,900.12 | Current Monthly Payment: | $718.00 |
| Paid to Trustee: | $124.88 | Arrearages: | $4,308.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**