Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14593–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Kuka
   69 Bonnie Drive
   Englishtown, NJ 07726

Social Security No.:
   xxx–xx–1165

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 21, 2020
JAN: kmm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-14593-MBK
Frank Kuka                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 21, 2020
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
```
db              +Frank Kuka,    69 Bonnie Drive,    Englishtown, NJ 07726-1858
518067142        Capital One Bank USA,    10700 Capital One Drive,    Richmond, VA 23060
518067143       +Catherine Neumann,    c/o Queens County Probation Department,    12501 Queens Blvd # 3,
                  Kew Gardens, NY 11415-1514
518183747        First Associates Loan Servicing, LLC,    as agent for Lending USA,    P.O. Box 503430,
                  San Diego, CA 92150-3430
518067145       +Lending Club Corporation,    21 Stevenson St.,    Ste 300,    San Francisco, CA 94105-2706
518067146      #+Lending USA,    PO Box 503430,    San Diego, CA 92150-3430
518248219       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
518067147       +Rushmore,    c/o Parker McCay, PA,    9000 Midatlantic Drive,    Suite 300,
                  Mount Laurel, NJ 08054-1539
518067148       +Rushmore Loan Services,    c/o Rob Saltzman, Esq.,    20000 Horizon Way #900,
                  Mt. Laurel, NJ 08054-4318
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:37:00      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:54      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518067140       +E-mail/Text: bk@avant.com Feb 22 2020 01:37:38      Avant,   222 N. Lasalle St.,    Suite 1700,
                  Chicago, IL 60601-1101
518067141       +EDI: TSYS2.COM Feb 22 2020 05:53:00      Barclays Bank Delaware,    125 South West Street,
                  Wilmington, DE 19801-5014
518067144       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 22 2020 01:31:25      Credit One Bank,
                  PO Box 98872,   Las Vegas, NV 89193-8872
518180024        EDI: JEFFERSONCAP.COM Feb 22 2020 05:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
518180024        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 01:37:14      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
518666619        EDI: JEFFERSONCAP.COM Feb 22 2020 05:48:00      Jefferson Capital Systems, LLC,    PO Box 7999,
                  St. Cloud, MN 56302-9617
518666619        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 01:37:15      Jefferson Capital Systems, LLC,
                  PO Box 7999,    St. Cloud, MN 56302-9617
518666620        EDI: JEFFERSONCAP.COM Feb 22 2020 05:48:00      Jefferson Capital Systems, LLC,    PO Box 7999,
                  St. Cloud, MN 56302-9617,    Jefferson Capital Systems, LLC,    PO Box 7999,
                  St. Cloud, MN 56302-9617
518666620        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 01:37:15      Jefferson Capital Systems, LLC,
                  PO Box 7999,    St. Cloud, MN 56302-9617,    Jefferson Capital Systems, LLC,    PO Box 7999,
                  St. Cloud, MN 56302-9617
518246733        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 01:32:19      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518236261       +EDI: MID8.COM Feb 22 2020 05:53:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
518234035        EDI: PRA.COM Feb 22 2020 05:53:00      Portfolio Recovery Associates, LLC,
                  c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
518234038        EDI: PRA.COM Feb 22 2020 05:53:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                  POB 41067,    Norfolk VA 23541
518578171       +E-mail/Text: bknotices@snsc.com Feb 22 2020 01:37:50
                  U.S. Bank Trust National Association as,    Trustee of the Tiki Series IV Trust,
                  c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
518578172       +E-mail/Text: bknotices@snsc.com Feb 22 2020 01:37:50
                  U.S. Bank Trust National Association as,    Trustee of the Tiki Series IV Trust,
                  c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501,
                  U.S. Bank Trust National Association as 95501-0305
                                                                                               TOTAL: 17
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2020
                              Form ID: 148             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Frank   Kuka jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```